# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-2494
Lower Tribunal No. 2023-CA-000286

_____

BARBARA J. JACKSON,

Appellant/Cross-Appellee,

v.

TRUST MANAGEMENT SERVICES, LLC, as Trustee of 1836 HARBOR LANE TRUST,

Appellee/Cross-Appellant.

_____

Appeal from the Circuit Court for Collier County.
Tamara Lynne Nicola, Judge.

July 28, 2026

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and STARGEL and WHITE, JJ., concur.


Kelsey Hazzard and Todd B. Allen, of Lindsay & Allen, PLLC, Naples, for Appellant/Cross-Appellee.

Christopher D. Donovan, of Donovan Appellate Law, PLLC, Estero, for Appellee/Cross-Appellant.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED